## FRANKLIN KNITTING MILLS, Inc., v. KASSMAN & KESSNER, Inc.

(Court of Appeals of District of Columbia. Submitted May 11, 1926. Decided June 1, 1926.)

No. 1856.

Trade-marks and trade-names and unfair competition ⬤=43—Trade-mark "Fashionknit" held not so deceptively similar as to preclude another's registration of trade-mark "Fashion Park" for use on similar goods.

Trade-mark "Fashionknit" held not so deceptively similar as to preclude another's registration of trade-mark "Fashion Park" for use on similar goods; the word "fashion" not being susceptible of exclusive appropriation.

Appeal from the Commissioner of Patents.

Proceeding by Kassman & Kessner, Inc., for registration of trade-mark, opposed by the Franklin Knitting Mills, Inc. From a decision dismissing the opposition, opposer appeals. Affirmed.

E. M. Evarts, of New York City, for appellant.

Andrew Foulds, Jr., of New York City, for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BAILEY, Justice of the Supreme Court of the District of Columbia.

(Court of Appeals of District of Columbia. Submitted May 11, 1926. Decided June 1, 1926.)

No. 1857.

Trade-marks and trade-names and unfair competition ⬤=43.

Trade-mark "Fashionknit" held not so deceptively similar as to preclude another's registration of trade-mark "Fashion Club."

Appeal from Decision of Commissioner of Patents.

Proceeding by Kassman & Kessner, Inc., for registration of trade-mark, opposed by the Franklin Knitting Mills, Inc. From a decision dismissing the opposition, opposer appeals. Affirmed.

E. M. Evarts, of New York City, for appellant.

Andrew Foulds, Jr., of New York City, for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BAILEY, Justice of the Supreme Court of the District of Columbia.

ROBB, Associate Justice. This case differs from the case just decided, Patent Appeal No. 1856, 13 F.(2d) 319, —— App. D. C. ——, in that appellee's mark is "Fashion Club," which the Patent Office has ruled is registerable.

For the reasons stated in the preceding opinion, we agree with the Patent Office that "Fashion Club" is not deceptively similar to appellant's mark "Fashionknit," and accordingly affirm the decision.

Affirmed.